1263 (1991)), and United States Sentencing Commission, Guidelines Manual § 4B1.2, comment., n. 2 (Nov. 1991). THE CHIEF JUSTICE, JUSTICE SCALIA, JUSTICE KENNEDY, and JUSTICE THOMAS dissent.

No. A–894. INTERCONTINENTAL LIFE INSURANCE CO. *v.* LINDBLOM. Sup. Ct. Ala. Application for stay, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. JUSTICE O'CONNOR would grant the application.

No. D–1103. IN RE DISBARMENT OF WINN. Disbarment entered. [For earlier order herein, see 503 U. S. 956.]

No. D–1109. IN RE DISBARMENT OF PRESNICK. Disbarment entered. [For earlier order herein, see 503 U. S. 980.]

No. D–1111. IN RE DISBARMENT OF TESSLER. Disbarment entered. [For earlier order herein, see 503 U. S. 980.]

No. D–1114. IN RE DISBARMENT OF HARRISON. Disbarment entered. [For earlier order herein, see 503 U. S. 980.]

No. D–1115. IN RE DISBARMENT OF D'ALBORA. Disbarment entered. [For earlier order herein, see 503 U. S. 980.]

No. D–1138. IN RE DISBARMENT OF JACOBO. It is ordered that Winston W. Jacobo, of St. Augustine, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1139. IN RE DISBARMENT OF FINE. It is ordered that David M. Fine, of Richmond, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1140. IN RE DISBARMENT OF FITZPATRICK. It is ordered that James Joseph Fitzpatrick, of Portsmouth, N. H., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court. JUSTICE SOUTER took no part in the consideration or decision of this order.